## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Hope L. Sanders fka Hope L. Barker fka Hope L. Sanders-Barker | BK NO. 19-00574 HWV |
| Debtor(s) | Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

Respectfully submitted,

/s/ Rebecca A. Solarz
Rebecca Solarz
21 Oct 2020, 12:56:51, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322