IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| NAME(S) | : | CASE # |
| | : | |

| | |
|---|---|
| CHARLES F. ARP and JEAN ARP | 20-01956 |
| MICHAEL P. GOFF and ASHLEY E. GOFF | 21-02332 |
| JACQUELYN M. HOSTLER | 23-01687 |
| HOLLY M. KELLENBERGER | 22-00905 |
| JEREMY J. KRING | 18-01426 |
| WILMER E. LETELLIER and JANET L. LETELLIER | 21-00815 |
| IMELDA L. MAHER | 19-02471 |
| BONNIE S. MILLER | 21-00417 |
| HIEN H. NGUYEN and ANH Y. DAO | 24-02975 |
| HOPE L. SANDERS | 19-00574 |
| CHRISTOPHER K. SARAGO and LORI M. SARAGO | 21-01988 |
| CHARLES H. SMELTZ, JR | 24-02414 |
| CONNOR N. WILSON | 24-02139 |

Debtors

**ENTRY AND WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

Kindly withdraw the appearance of James K. Jones, Esquire, on behalf of Mette, Evans and Woodside, as attorney of record for Debtors in the above matters.

METTE, EVANS & WOODSIDE

/s/ James K. Jones

Kindly enter the appearance of Kara K. Gendron, Esquire, on behalf of Mott & Gendron Law, as attorney of record for Debtors in the above matters.

Date: 1/24/25                                                                 MOTT & GENDRON LAW

/s/ Kara K. Gendron