Certificate Number: 06531-PAM-DE-040559361

Bankruptcy Case Number: 19-00574


06531-PAM-DE-040559361

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 28, 2026, at 7:52 o'clock PM CST, Hope Sanders completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 28, 2026

By: /s/Patricia Queen

Name: Patricia Queen

Title: Certified Credit Counselor